UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 14-CV-61580-ROSENBERG/BRANNON

REMBERTO VASQUEZ and all
Others similarly situated,

      Plaintiff,

vs.

BENIHANA NATIONAL CORP.,
A Foreign Corporation,

      Defendant.
_____/

## ORDER GRANTING MOTION FOR ENLARGEMENT OF TIME AND SETTING EVIDENTIARY HEARING

THIS MATTER is before the Court on the Plaintiff's Motion for Enlargement of Time to file a Reply to the Defendant's Memorandum of Points and Authorities in Opposition to Plaintiff's Verified Motion for Award of Attorney's Fees and Reasonable Expenses of Litigation (DE 34). Upon review of the pertinent portions of the record, and otherwise being fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that the Plaintiff's Motion for Enlargement of Time to file a Reply to the Defendant's Memorandum of Points and Authorities in Opposition to Plaintiff's Verified Motion for Award of Attorney's Fees and Reasonable Expenses of Litigation (DE 34) is **GRANTED**. It is Further **ORDERED AND ADJUDGED** that the above styled case is set for an evidentiary hearing on the Plaintiff's Motion for Attorney Fees (DE 32) before the undersigned on **Tuesday December 16, 2014 at 9:15 a.m.**, at the Paul G. Rogers Federal Building and Courthouse, 701 Clematis Street, Fourth Floor, Courtroom 2, West Palm Beach, Florida 33401. The Court has set aside thirty (30) minutes for the Plaintiff's Motion for Attorney

Fees (DE 32) hearing. **<u>Counsel may appear via telephone but must file a notice of telephonic appearance at least one (1) day prior to the hearing.</u>** Instructions for Tele Conference, please call five (5) minutes prior to the hearing.

1. *Toll-Free Number: 1(877)873-8018*
2. *Access Code: 9890482*
3. *Security Code (4008)*

**DONE and ORDERED** in chambers, at Fort Pierce, Florida, this 8th day of December, 2014.

ROBIN L. ROSENBERG
United States District Judge

Copies Furnished: all counsel of record